UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Ivan Burandt, d/b/a Ivan's
Guide Service, d/b/a Ivan's
Glow Tacklc,

Plaintiff,

vs.

ORDER OF DISMISSAL

Duane Betker and J.R.
Industries, Inc.,

Defendants.

Civ. No. 00-2049 (RHK/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Judge Richard H. Kyle
United States District Court

DATED: December 20, 2000
At St. Paul, Minnesota

FILED DEC 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK